IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02255-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

HAROLD B. HICKS, III,

      Plaintiff,

v.

STERLING GEESAMAN, and
NANCY KROLL,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Harold B. Hicks, III, is an inmate at the Weld County Jail in Greeley,

Colorado.  Mr. Hicks initiated this action by filing *pro se* in the United States District

Court for the Northern District of California a civil rights complaint and a motion seeking

leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  In an order entered

on August 22, 2012, the Northern District of California transferred the action to this

court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that Mr. Hicks' complaint and *in forma pauperis* motion are deficient

because they are not filed on the proper forms approved for use by prisoners in the

District of Colorado.  Mr. Hicks will be directed to cure these deficiencies if he wishes to

pursue his claims in this court in this action.  Accordingly, it is

ORDERED that Mr. Hicks cure the deficiencies identified in this order **within**

**thirty (30) days from the date of this order**.  It is

FURTHER ORDERED that Mr. Hicks shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner

Complaint forms (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Hicks fails within the time allowed to cure the

deficiencies identified in this order, the action will be dismissed without further notice.

DATED August 24, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge