IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02255-BNB

HAROLD HICKS, III,

     Plaintiff,

v.

STERLING GEESAMAN, and
NANCY KROLL,

     Defendants.

---

## ORDER OF DISMISSAL

---

On September 4, 2012, Magistrate Judge Boyd N. Boland entered an order

directing Plaintiff, Harold Hicks, III, to file a second amended complaint that provides an

address for Defendant Nancy Kroll and that complies with the pleading requirements of

Rule 8 of the Federal Rules of Civil Procedure.  Mr. Hicks was warned that the action

would be dismissed without further notice if he failed to file a second amended

complaint within thirty days.

Mr. Hicks has failed to file a second amended complaint within the time allowed

and he has failed to respond in any way to Magistrate Judge Boland's September 4

order.  Therefore, the action will be dismissed without prejudice for failure to comply

with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis*

status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are

dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure because Mr. Hicks failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied without prejudice to the filing of a motion seeking leave to proceed *in forma*

*pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   15th   day of         October         , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2